UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHNATHON ROBERTS, | ) | 3:05-cr-00098-HDM-RAM |
| | ) | 3:10-cv-00531-HDM |
| Defendant-Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING PETITIONER'S |
| | ) | REQUEST TO SUPPLEMENT HIS 28 |
| UNITED STATES OF AMERICA, | ) | U.S.C. § 2255 MOTION |
| | ) | |
| Plaintiff-Respondent. | ) | |
| _____ | ) | |

  Before the court is petitioner Johnathon Roberts motion entitled "Petitioner's (first) Supplement to His Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to Fed. R. Civ. P., Rule 15(c)" in which he asks this court for a ninety (90) day extension in which to supplement his section 2255 motion (Docket #377). This motion was filed concurrently with petitioner's original section 2255 motion, also docketed as document number 377.

  The court hereby GRANTS petitioner Roberts a thirty (30) day

1

extension. He shall have up to and including Thursday, October 21, 2010, in which to file his supplement.

After petitioner files his supplement to his section 2255 motion, the government shall have thirty (30) days in which to respond to petitioner's section 2255 motion in its entirety.

**IT IS SO ORDERED.**

DATED: This 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

2