**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHNATHON ROBERTS, | ) | 3:05-cr-00098-HDM-RAM |
| | ) | 3:10-cv-00531-HDM |
| Defendant-Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING DEFENDANT- |
| | ) | PETITIONER'S OBJECTION TO |
| UNITED STATES OF AMERICA, | ) | GOVERNMENT'S MOTION FOR AN |
| | ) | EXTENSION OF TIME |
| Plaintiff-Respondent. | ) | |
| _____ | ) | |

    Before the court is the defendant-petitioner's objection [392] to the government's motion for an extension of time in which to respond to the defendant-petitioner's § 2255 motion to vacate his sentence. The objection [392] was filed on December 23, 2010, after the court had granted the government's motion for an extension of time [390] in an order [391] on December 10, 2010.

    Defendant-petitioner's objection [392] is DENIED as it relates to the government's motion for an extension of time [390] only. This court's December 10, 2010 order [391] granting the government

1

an extension of time to file a response to the defendant-petitioner's § 2255 motion is reconfirmed.

Defendant-petitioner's objection [392] as it relates to the government's motion for an order waiving attorney-client privilege [389] will be decided in a separate order.

**IT IS SO ORDERED.**

DATED: This 4th day of January, 2011.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

2