1
2
3
4
5
6
7
8
9
10
11
12

13                    **UNITED STATES DISTRICT COURT**

14                          **DISTRICT OF NEVADA**

15

16  UNITED STATES OF AMERICA,         )     3:05-cr-00098-HDM
                                      )     3:10-cv-00531-HDM
17              Plaintiff/Respondent, )
                                      )
18  vs.                               )     ORDER
                                      )
19  JOHNATHON ROBERTS,                )
                                      )
20              Defendant/Petitioner. )
    _____ )
21
         The defendant has filed a motion to vacate, set aside, or
22
    correct sentence pursuant to 28 U.S.C. § 2255 (#377).  The court
23
    will conduct an evidentiary hearing limited solely to the
24
    defendant's claim that his counsel Marc Picker rendered ineffective
25
    assistance of counsel by failing to file a motion to suppress
26
    evidence obtained in the search of defendant's garbage can on
27
    Wednesday, May 5, 2005.  The hearing will be conducted at 3:30
28

                                    1

1  p.m., on Wednesday, January 25, 2012, in Courtroom 4 of the Bruce
2  R. Thompson Federal Courthouse.
3       IT IS SO ORDERED.
4       DATED: This 15th day of December, 2011.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE

2