**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

Defendant's request for "any and all motions that were filed with the Court between the period of January 1, 2012, through June 2012, as well as copies of the Court's Orders as it relates to such motions [if any]" (#464) is hereby granted in part and denied in part. The court will not order all documents filed in this action between those dates to be resent to defendant, particularly as defendant was represented by counsel for much of this time. Instead, the clerk of the court shall mail defendant a copy of the docket sheet along with a copy of each order returned as "undeliverable" sent between January 1, 2012 and June 2012, which include docket #458, #449, #443, #430, and #429. Should defendant need any other document filed during that time period, he shall

file a motion asking the court for a copy of the specific document and explaining why it is not already in his possession.

IT IS SO ORDERED.

DATED: This 9th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE