**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
UNITED STATES OF AMERICA,        )    3:05-cr-00098-HDM
                                 )    3:10-cv-00531-HDM
        Plaintiff/Respondent,    )
                                 )
vs.                              )    ORDER
                                 )
JOHNATHON ROBERTS,               )
                                 )
        Defendant/Petitioner.    )
_____)
```

The defendant's motion for copies of court minutes and transcripts (#465) is **GRANTED IN PART** and **DENIED IN PART**. The defendant has indicated his desire to appeal an adverse decision with respect to his 28 U.S.C. § 2255 motion. The court certifies that defendant's 28 U.S.C. § 2255 motion and any appeal thereof are not frivolous and that a transcript of the evidentiary hearing will be needed to decide any issues on appeal. *See* 28 U.S.C. § 753(f). Accordingly, the motion for a transcript of the April 3, 2012, evidentiary hearing is hereby **GRANTED**. However, transcripts of the

1

status conferences held on January 26, 2012, February 13, 2012, and March 1, 2012, will not be necessary to determination of the issues on any appeal.  The request for transcripts of such is therefore **DENIED**.

Defendant's motion for a copy of the minutes from the April 3, 2012, hearing is **DENIED** as moot, given that defendant will be in receipt of a transcript of the hearing.  Defendant's motion for copies of the minutes from the January 26, 2012, February 13, 2012, and March 1, 2012, status conferences, is likewise **DENIED** as moot, as all such minutes appear on the docket sheet the court has ordered sent to defendant in a separate order.

IT IS SO ORDERED.

DATED: This 9th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE