**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

Defendant has filed a motion pursuant to Federal Rule of Civil Procedure 60(b) seeking reconsideration of this court's order denying his 28 U.S.C. § 2255 petition. The court concludes that defendant has shown no defect in the integrity of the habeas proceeding such that Rule 60(b) relief is warranted. In particular, the court notes that in its 33-page order it considered and dealt with all of defendant's nonfrivolous § 2255 claims. Accordingly, the defendant's motion for reconsideration (#492) is denied. The defendant's motion to stay as to certain claims is denied.

IT IS SO ORDERED.

DATED: This 7th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE