UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
UNITED STATES OF AMERICA,       )      3:05-cr-00098-HDM
                                )      3:10-cv-00531-HDM
         Plaintiff/Respondent,  )
                                )
vs.                             )      ORDER
                                )
JOHNATHON ROBERTS,              )
                                )
         Defendant/Petitioner.  )
_____)
```

The court has received several filings from the defendant mailed directly to chambers.  Defendant is advised that any documents he seeks to file should be sent to the clerk of court and not to chambers.

IT IS SO ORDERED.

DATED: This 18th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE