**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:05-cr-00098-HDM |
| ) | 3:16-cv-00255-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JOHNATHON ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant has filed a second or successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 529). On June 2, 2016, the Court of Appeals authorized the filing of defendant's second or successive motion (ECF No. 531). The Court of Appeals indicated that the court may consider defendant's motion but may wish to stay proceedings pending the circuit's decision in *United States v. Begay*, 14-10080.

Pursuant to General Order No. 2015-03, defendant's § 2255 motion is deemed filed *nunc pro tunc* to May 16, 2016. Because the issue before the Court of Appeals in *Begay* bears directly on

1

defendant's motion, further proceedings on the motion are hereby **STAYED** pending the circuit's decision in that case or until further order of the court.

IT IS SO ORDERED.

DATED: This 3rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE