**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:05-cr-00098-HDM |
| ) | 3:16-cv-00255-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JOHNATHON ROBERTS, ) | |
| ) | |
| Defendant. ) | |

The government shall file a response to the defendant's motion to lift stay (ECF No. 548) no later than September 6, 2016.

IT IS SO ORDERED.

DATED: This 22nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE