**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:16-cv-00255-HDM |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
|       Defendant. | ) | |
| _____ | ) | |

The defendant's motion to lift stay (ECF No. 548) is **GRANTED IN PART**. The stay of proceedings on defendant's 28 U.S.C. § 2255 petition is lifted for the limited purpose of allowing counsel for defendant to file an amended motion to vacate if counsel deems it appropriate. Any amended motion to vacate shall be filed no later than October 21, 2016.

IT IS SO ORDERED.

DATED: This 21st day of September, 2016.

_Howard D McKibben_

UNITED STATES DISTRICT JUDGE