# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:16-cv-00255-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant's motion (ECF No. 552) to file a supplemental § 2255 motion on or before November 9, 2016 is **GRANTED**.

**IT IS SO ORDERED.**

DATED: This 18th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE