# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:16-cv-00255-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Proceedings on defendant's 28 U.S.C. § 2255 petition have been stayed pending the Ninth Circuit's decision in *United States v. Begay*, 14-10080.  The *Begay* court has under submission whether the residual clause of 18 U.S.C. § 924(c)(3) is unconstitutionally vague in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). Whether *Johnson* applies to § 924(c)(3) is a threshold question in this case, and the Ninth Circuit's decision in *Begay* will likely answer this question.  If *Johnson* does apply, defendant has made a substantial argument that he is entitled to relief under § 2255. Accordingly, so this case will not be unduly delayed once the Ninth

1

Circuit issues its ruling in *Begay*, the government is hereby ordered to file a response to the defendant's petition (ECF No.529 & ECF No. 555) no later than January 17, 2017.  Defendant shall thereafter have until February 17, 2017, to file a reply.  For all other purposes, this action will remain stayed pending the decision in *Begay*, or until further order of the court.

    IT IS SO ORDERED.

    DATED: This 18th day of November, 2016.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE