**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:05-cr-00098-HDM |
| ) | 3:16-cv-00255-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JOHNATHON ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant has been appointed counsel to represent him with respect to his 28 U.S.C. § 2255 petition before this court. On January 20, 2017, defendant filed several documents *pro se* on his own behalf (ECF Nos. 565, 566 & 567). As defendant is represented by counsel, those documents are hereby **STRICKEN**.

    IT IS SO ORDERED.

    DATED: This 24th day of January, 2017.

                                _____
                                  UNITED STATES DISTRICT JUDGE

1