**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JOHNATHON ROBERTS, )<br>)<br>    Defendant. )<br>_____ ) | 3:05-cr-00098-HDM<br>3:16-cv-00255-HDM<br><br><br>ORDER |

    Defendant has been appointed counsel to represent him with respect to his 28 U.S.C. § 2255 petition before this court. On May 18, 2017, defendant filed a document *pro se* on his own behalf (ECF No. 575). As defendant is represented by counsel, this document (ECF No. 575) is hereby **STRICKEN**.

    IT IS SO ORDERED.

    DATED: This 2nd day of June, 2017.

                                    /s/ Howard D. McKibben
                                  UNITED STATES DISTRICT JUDGE