# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| JOHNATHON ROBERTS, | ) | |
| Defendant. | ) | |

The defense has requested a transcript of the sentencing for a potential defense of an appeal by the government. The record reflects that no appeal has been taken in this action and the time for any such appeal has expired. Accordingly the defense's request for a transcript of the sentencing hearing on August 21, 2018 at public expense is denied without prejudice to the defense renewing the request for a transcript and prepaying the court for the costs of such a transcript.

IT IS SO ORDERED.

DATED: This 13th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

1